## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   GOMEZ-ARMENDARIZ          [1]     08CR1258-BEN

                                   []                              []

The Honorable:   ANTHONY J. BATTAGLIA

Atty  KAY L. SUNDAY                    for   [1]   -   CJA
Atty                                   for   []    -
Atty                                   for   []    -

AJB08-1:948-1029

AUSA: CARLOS CANTU

CHANGE OF PLEA HEARING HELD.

DEFENDANT PLEADS GUILTY TO COUNT 1

DEFENDANT SENTENCED TO THE BUREAU OF PRISONS FOR IMPRISONMENT FOR A PERIOD OF TIME SERVED.

MANDATORY FINE OF $10.00 - REMITTED.

NO FINE IMPOSED.

Date:  05/01/08

END OF FORM

by YMM