# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER **08CR 1258-BEN**
)
vs )   ABSTRACT OF ORDER
)
)   Booking No. _____
**Esteban Gomez-Armendariz** )
)

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of **5/1/08**
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

_____ Defendant released on $_____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

✓ _____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
_____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

OR

Received _____ (DUSM)    W. SAMUEL HAMRICK, JR. Clerk
by _____ Deputy Clerk

Crim-9  (Rev 6-95)                             ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY